# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) No. 98-0149-01-CR-W-FJG |
| Cornelius Peoples, | ) No. 00-0395-03-CR-W-FJG |
| Defendant. | ) |

# ORDER

Pending before this Court is the government's rule 35 motion to reduce sentence (Doc. #985), filed November 29, 2005. The parties have submitted a stipulation and recommendation requesting that the Court reduce defendant's sentence by a term of five (5) years (Doc. #988), filed December 27, 2005. Being duly advised in the premises and for good cause shown, the parties' stipulation is adopted and approved by the Court. Defendant is hereby re-sentenced to a term of fifteen (15) years. All other conditions and requirements imposed by defendant's original sentence in this cause shall remain in effect.

                                                  /s/Fernando J. Gaitan, Jr.
                                                  United States District Judge

Dated:  December 29, 2005
Kansas City, Missouri